[No. 3465. Decided December 4, 1899.]

THE STATE OF WASHINGTON *on the Relation of Irvine Baruch* v. WILLIAM HICKMAN MOORE, *Judge of the Superior Court of King County.*

WRIT OF ASSISTANCE—RIGHTS OF RECEIVER.
The fact that a party applying for a writ of assistance does so in his capacity as a receiver would not entitle him to the writ, if any other citizen, under the same circumstances, could not legally obtain it.

*Original Application for Prohibition.*

*Preston, Carr & Gilman,* for relator.

*S. M. Shipley* and *J. C. Whitlock,* for respondent.

PER CURIAM.—We are unable to distinguish this case from the case of *State ex rel. Hartman v. Superior Court of Thurston County,* decided October 3, 1899 (*ante,* p. 469). It makes no difference in principle that the party

seeking the writ of assistance in this case was a receiver. A receiver cannot litigate the independent rights of individuals under other or different provisions of the law from those invoked by any other citizen.

The writ will issue as prayed for.